**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2278**

_____

NIGEL MAX EDGE,

　　　　　Plaintiff - Appellant,

　　v.

KELLIE PICKLER,

　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:25-cv-00370-BO-RJ)

_____

Submitted:  January 22, 2026　　　　　　　　　　Decided:  January 28, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nigel Max Edge, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigel Max Edge appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Edge's complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Edge v. Pickler*, No. 7:25-cv-00370-BO-RJ (E.D.N.C. Oct. 9, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*